OFFICE OF THE COUNTY COUNSEL
ALISON A. BARRATT-GREEN, County Counsel (148360)
DOUGLAS M. JOHNSON, Deputy County Counsel (297582)
950 Maidu Avenue, Suite 240
Nevada City, CA 95959
Telephone: (530) 265-1319
Facsimile: (530) 265-9840
E-mail: alison.barratt-green@co.nevada.ca.us
       douglas.johnson@co.nevada.ca.us

Attorneys for Defendant County of Nevada

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CAROL ANN WILSHUSEN ) | Case No.: 2:18-cv-01813-MCE-AC |
| ) | |
| Plaintiff, ) | |
| ) | STIPULATION AND [~~PROPOSED~~] |
| vs. ) | ORDER RE EXTENSION OF TIME FOR |
| ) | DEFENDANT TO RESPOND TO |
| SUPERIOR COURT OF CALIFORNIA, ) | PLAINTIFF'S DISCOVERY REQUESTS |
| COUNTY OF NEVADA; COUNTY OF ) | |
| NEVADA; and DOES 1 – 10 inclusive, ) | |
| ) | |
| Defendants. ) | |

Pursuant to Eastern District Local Rule 144, Plaintiff CAROL ANN WILSHUSEN ("Plaintiff") and Defendant COUNTY OF NEVADA ("Defendant") by and through their respective attorneys of record, jointly stipulate and agree as follows:

1. Plaintiff filed this action on June 24, 2018;
2. Plaintiff served Defendant with the Summons and Complaint on October 19, 2018;
3. Pursuant to Local Rule 144(a), the Parties previously stipulated to an extension of time to respond to Plaintiff's Complaint;
4. Plaintiff served Defendant with Request for Admissions, Request for Production of Documents, and Interrogatories (the "Discovery Requests") on January 16, 2019;

5. Defendant's responses to Plaintiff's Discovery Requests are currently due on February 19, 2019;
6. Good cause exists to extend the deadline for Defendants to respond to Plaintiff's Complaint in that the parties are currently engaged in productive settlement discussions and exchanging settlement demands in an effort to avoid further litigation;
7. The Parties require additional time to engage in settlement negotiations;
8. The Discovery cut-off in this case is June 24, 2019;
9. The parties hereby agree that Defendant shall have to and including March 11, 2019 in which to file and serve its Responses to Plaintiff's Discovery Requests in this matter.

Dated: February 12, 2019     OFFICE OF THE COUNTY COUNSEL
                             ALISON A. BARRATT-GREEN, County Counsel


                             By:      /s/ Douglas M. Johnson
                                   Douglas M. Johnson, Deputy County Counsel
                                   Attorneys for Defendant County of Nevada

Dated: February 12, 2019     CENTER FOR DISABILITY ACCESS


                             By:      /s/ Bradley Smith
                                   Bradley Smith
                                   Attorneys for Plaintiff Carol Ann Wilshusen

### **SIGNATURE ATTESTATION**

I hereby attest that all signatories listed above, on whose behalf this stipulation is submitted, concur in the filing's content and have authorized the filing.

Dated: February 12, 2019     By:      /s/ Douglas M. Johnson
                                   Douglas M. Johnson, County Counsel
                                   Attorneys for Defendant County of Nevada

# **ORDER**

The Court, having considered the stipulation submitted herewith, hereby enters the following order:

Defendants' deadline to file its Responses to Plaintiff's Discovery Requests shall be extended to March 11, 2019.

IT IS SO ORDERED.

Dated: February 14, 2019

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE