UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CAROL ANN WILSHUSEN,<br><br>Plaintiff,<br><br>v.<br><br>SUPERIOR COURT OF CALIFORNIA, COUNTY OF NEVADA;<br>COUNTY OF NEVADA; and Does 1-10.<br><br>Defendants. | Case No.: 2:18-cv-01813-MCE-AC<br><br>**ORDER** |

Having considered the joint stipulation and proposed order of the Parties (ECF No. 20), and for good cause shown, it is hereby ORDERED that the parties may schedule the depositions of Plaintiff, Steve Monaghan, Craig Greisbach, Justin Drinkwater, and Tom Coburn on a mutually convenient date and time after the current discovery deadline of June 24, 2019.

IT IS SO ORDERED.

Dated: June 25, 2019

MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE