UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CAROL ANN WILSHUSEN,<br><br>Plaintiff,<br><br>v.<br><br>SUPERIOR COURT OF CALIFORNIA, COUNTY OF NEVADA; COUNTY OF NEVADA; and Does 1-10, Inclusive,<br><br>Defendants. | Case No. 2:18-CV-01813-MCE-AC<br><br>**Order RE: Joint Notice of Settlement and Request to Vacate All Currently Calendared Dates** |

The Parties report that they have reached terms of settlement in this matter and have requested that all currently set dates be taken off calendar pending finalization of the settlement agreement, completion of the settlement's payment term and filing of a stipulation of dismissal.

///
///
///
///
///
///
///

1        Based on the representations of the Parties, IT IS ORDERED THAT:

2        1.      The Parties file a stipulation of dismissal within ninety (90) days;

3        2.      All currently set dates in this case are hereby vacated.

4        IT IS SO ORDERED.

5 Dated: September 25, 2019

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE