UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CAROL ANN WILSHUSEN, | Case: 2:18-CV-01813-MCE-AC |
| Plaintiff, | **ORDER** |
| v. | |
| SUPERIOR COURT OF CALIFORNIA, COUNTY OF NEVADA; COUNTY OF NEVADA; and Does 1-10, Inclusive, | |
| Defendants. | |

**ORDER**

Pursuant to F.R.CIV.P.41(a)(1), this action is hereby ordered dismissed with prejudice, each party to bear their own attorneys' fees and costs.   The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

DATED:  November 13, 2019

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE

1